# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA, LORETTA A. | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | 03/26/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE, ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
500 PEARL STREET, ROOM 2220
NEW YORK, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-President | Fordham Law Alumni Association |
| 2. | Co-Trustee/Trustee | Trusts # # 7 and 11 |
| 3. | Advisory Board | Federalist Society, New York Chapter |
| 4. | Trustee | Fordham University |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self Employed Lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Onassis Foundation | May 23-27, 2012 | Athens, Greece | Trial of Socrates | Lodging, food, travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/26/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank | A | Interest | J | T | | | | | |
| 2. (H) Law Firm Retirement Account | B | Dividend | O | T | | | | | |
| 3. -Fidelity Contrafund | | | | | Buy (add'l) | 01/13/12 | J | | |
| 4. -Baron Growth Fund | | | | | | | | | |
| 5. -Fidelity Cash Reserves | | | | | | | | | |
| 6. -Royce Total Return Fund | | | | | Sold (part) | 07/06/12 | M | | |
| 7. -Vanguard Midcap Index Fund | | | | | | | | | |
| 8. -Brown Bros Select Fund | | | | | Buy | 07/06/12 | M | | |
| 9. Law Firm Capital A/C and Int. in A/R | | None | P1 | W | | | | | |
| 10. Citibank Accounts | B | Interest | P1 | T | | | | | |
| 11. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 12. (H) Trust # 10 | G | Int./Div. | P1 | T | | | | | |
| 13. -Fidelity Municipal MMF | | | | | | | | | |
| 14. -MS Global Long Short Fund | | | | | | | | | |
| 15. -Templeton Global Fund | | | | | | | | | |
| 16. -Blackrock Global Fund | | | | | | | | | |
| 17. -Ivy Asset Strategy Fund | | | | | Donated (part) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard LTD Term Tax Exempt Fund | | | | | Sold (part) | 01/04/12 | J | A | |
| 19. | | | | | Sold | 04/12/12 | N | B | |
| 20. - SPDR Mid Cap 400 ETF | | | | | Sold (part) | 2/17/12 | J | A | |
| 21. | | | | | Buy (add'l) | 06/07/12 | L | | |
| 22. | | | | | Sold (part) | 07/17/12 | K | A | |
| 23. | | | | | Donated (part) | | | | |
| 24. -Royce Total Return Fund | | | | | Sold (part) | 1/4/12 | J | A | |
| 25. | | | | | Sold | 4/12/12 | N | B | |
| 26. | | | | | Buy (add'l) | 05/24/12 | L | | |
| 27. -Blackstone Equity Div Fund | | | | | Buy | 06/07/12 | L | | |
| 28. | | | | | Buy | 09/12/12 | L | | |
| 29. -Forrest City Investment Partners | | | | | | | | | |
| 30. -NYS Muni Bonds | | | | | Matured (part) | 04/02/12 | K | A | |
| 31. | | | | | Buy (add'l) | 04/24/12 | K | | |
| 32. | | | | | Buy (add'l) | 04/30/12 | K | | |
| 33. -FL Muni Bonds | | | | | Buy (add'l) | 04/24/12 | K | | |
| 34. | | | | | Buy (add'l) | 05/03/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TX Muni Bonds | | | | | Matured | 06/01/12 | J | | |
| 36. | | | | | Buy (add'l) | 06/07/12 | K | | |
| 37. | | | | | Buy (add'l) | 05/14/12 | K | | |
| 38. -WA Muni Bonds | | | | | Buy (add'l) | 05/07/12 | K | | |
| 39. -PA Muni Bonds | | | | | | | | | |
| 40. -IL Muni Bonds | | | | | | | | | |
| 41. -AL Muni Bonds | | | | | Buy (add'l) | 04/25/12 | K | | |
| 42. -Integro Common Stock | | | | | | | | | |
| 43. -DE Muni Bonds | | | | | | | | | |
| 44. -NV Muni Bonds | | | | | | | | | |
| 45. -Ironshore Common Stock | | | | | | | | | |
| 46. -BIOC LLC | | | | | | | | | |
| 47. -IA Muni Bonds | | | | | Buy | 4/26/12 | K | | |
| 48. -NC Muni Bonds | | | | | Buy | 4/25/12 | K | | |
| 49. -MA Muni Bonds | | | | | Buy | 06/06/12 | K | | |
| 50. | | | | | Buy (add'l) | 05/10/12 | K | | |
| 51. -OR Muni Bonds | | | | | Buy | 05/03/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -DC Muni Bonds | | | | | Buy | 05/03/12 | K | | |
| 53.   -Downtown Association Bond | | | | | | | | | |
| 54.   (H) Trust # 11 | D | Dividend | N | T | | | | | |
| 55.   -S+P Midcap SPDRS | | | | | Sold (part) | 07/17/12 | K | C | |
| 56.   -Fidelity Cash Reserves | | | | | | | | | |
| 57.   -Templeton Global Fund | | | | | | | | | |
| 58.   -Blackrock Equity Div Fund | | | | | | | | | |
| 59.   -Vanguard LTD Tax Exempt Fund | | | | | Buy | 01/13/12 | L | | |
| 60.   -Western Asset Govt MMF | | | | | | | | | |
| 61.   (H) IRA # 9 | G | Dividend | P1 | T | | | | | |
| 62.   -Fidelity Contrafund | | | | | Buy (add'l) | 01/13/12 | J | | |
| 63. | | | | | Buy (add'l) | 05/22/12 | M | | |
| 64. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 65.   -Fidelity U.S. Gov't Reserves | | | | | | | | | |
| 66.   -Baron Growth Fund | | | | | Sold | 07/06/12 | N | G | |
| 67.   -Blackrock Global Allocation Fund | | | | | | | | | |
| 68.   -Pimco Total Return Fund | | | | | Buy (add'l) | 10/5/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Midcap Fund | | | | | | | | | |
| 70. -SPDR Midcap 400 ETF | | | | | Sold (part) | 07/17/12 | L | E | |
| 71. -Am Growth Fund of America | | | | | Sold | 01/05/12 | K | C | |
| 72. -Ivy Asset Strategy Fund | | | | | | | | | |
| 73. -Royce Total Return Fund | | | | | Sold | 07/06/12 | N | F | |
| 74. -Tweedy Browne Special Value Fund | | | | | | | | | |
| 75. -Spartan 500 Index Fund | | | | | Buy (add'l) | 01/15/12 | K | | |
| 76. | | | | | Sold | 05/22/12 | M | C | |
| 77. -Blackrock Equity Dividend Fund | | | | | Buy (add'l) | 01/15/12 | K | | |
| 78. -JP Morgan LG Cap Growth Fund | | | | | Buy | 05/22/12 | M | | |
| 79. | | | | | Buy (add'l) | 07/06/12 | N | | |
| 80. -Brown Bros Core Select Fund | | | | | Buy | 07/06/12 | N | | |
| 81. -Templeton Global Fund | | | | | Buy | 10/05/12 | K | | |
| 82. (H) IRA # 10 | E | Dividend | P1 | T | | | | | |
| 83. -SPDR Midcap 400 | | | | | | | | | |
| 84. -Fidelity U.S. Gov't Reserves | | | | | | | | | |
| 85. -Baron Growth Fund | | | | | Sold | 07/06/12 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Am Growth Fund of America | | | | | Sold | 01/05/12 | O | D | |
| 87. -Tweedy Browne Global Value Fund | | | | | | | | | |
| 88. -Vanguard Midcap Index Fund | | | | | | | | | |
| 89. -Ivy Asset Strategy Fund | | | | | Buy (add'l) | 10/15/12 | L | | |
| 90. -Fidelity Low Priced Stock Fund | | | | | Buy (add'l) | 01/13/12 | L | | |
| 91. | | | | | Sold (part) | 07/17/12 | M | | |
| 92. -Blackrock Global Allocation Fund | | | | | Buy (add'l) | 01/05/12 | N | | |
| 93. -Brown Bros Core Select Fund | | | | | Buy | 07/06/12 | K | | |
| 94. | | | | | Buy (add'l) | 10/15/12 | L | | |
| 95. -JP Morgan Lg Cap Growth Fund | | | | | Buy | 01/05/12 | M | | |
| 96. SPDR S&P Midcap ETF | | | | | Buy | 05/24/12 | K | | |
| 97. | | | | | Sold | 06/04/12 | K | A | |
| 98. Blackrock Global Allocation Fund | | | | | Buy | 05/24/12 | M | | |
| 99. | | | | | Sold | 06/04/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 03/26/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

-- Page 5, line 20. This asset was reported in my 2010 FDR at line 83 and was reported transferred to a non-reportable trust on 9/23/11 in Item VIII on page 9 of my FDR for 2011. In fact, that was only a partial transfer, so this asset again appears in Trust # 10 on this FDR.

-- Page 7, line 53 was acquired as of 07/30/10 but documentation was not located until 2012.

-- Trusts 6 and 7 (disclosed on my FDR for 2011 at lines 2-8 at page 4) are omitted this year (although Trust 7 is reportred in Part I, line 2) because they have been established to receive proceeds of life insurance policies, the insured person is still living, and the trust has no asset valued at more than $1000 (other than the insurance policies) and thus, to that extent, they are "unfunded trusts".

-- The various municipal bonds and non-public investments reported on my FDR for 2011 at lines 16, 17, 19, 21-28, 43, and 76 were transferred to Trust # 10 during 2012 and are thus now reported at lines 29 to 46, along with newly purchased investments that are held in that same trust and thus are reported at lines 47 to 53.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ LORETTA A. PRESKA

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544